No. 844. RUSSO *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Stuart A. Barbour, Jr.,* for petitioner.

No. 855. BROUSSARD *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. Sup. Ct. La. Certiorari denied. *J. Minos Simon* for petitioner.

No. 857. MARX *v.* JAFFE. Sup. Ct. N. J. Certiorari denied. *Louis Asarnow* for petitioner.

No. 862. MAGNUS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Boris Kostelanetz, Eugene Gressman* and *Louis Bender* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 864. McMILLAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry A. Lowenberg* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 877. DAVIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Charles Fuller Blanchard* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 878. RAWDON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.